Clear Form

**FILED**

AUG 15 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Robyn Kelly
            Plaintiff,

vs. City of Sausalito

            Defendant.

CASE NO. C22-04671 YGR

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Robyn Kelly, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?                Yes ____  No  ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received.

_____

_____

_____

2.   Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.   Business, Profession or self employment?   Yes ____ No ____

    b.   Income from stocks, bonds, or royalties?   Yes ____ No ____

    c.   Rent payments?   Yes ____ No ____

    d.   Pensions, annuities, or life insurance payments?   Yes ____ No ____

    e.   Federal or State welfare payments, Social Security or other government source?   Yes _X_ No ____

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

__SSI    $760.00   1 Time a month_____

_____

3.   Are you married?   Yes ____ No _X_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____   Net $_____

4.   a.   List amount you contribute to your spouse's support: $ _____

    b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.  Do you own or are you buying a home?   Yes ____  No _X_

Estimated Market Value: $_____  Amount of Mortgage: $_____

6.  Do you own an automobile?   Yes ____  No _X_

Make _____  Year _____  Model _____

Is it financed? Yes _____  No _____  If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account?  Yes ____  No _X_  (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes ____  No ____  Amount:  $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)   Yes ____  No ____

_____

8.  What are your monthly expenses?

Rent: $ _____  Utilities: __60⁰⁰_____

Food: $ __200_____  Clothing: __25_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes _X_ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

21 CV-01143 · 3,22-CV-03113

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

Aug 14, 2022            Robynn Kuwi

DATE                    SIGNATURE OF APPLICANT