1  Your name: __Robyn Kelly__

2  Address: __PO Box 740__

3  __Sausalito Cal 94966__

4  Phone Number: __626-615 4005__

5  E-mail Address: __Robbyu2529@Gmail.com__

6  Pro se Plaintiff

7

**FILED**

**SEP 19 2022**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  Division [check one]: ☑ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

11

12  _____Robyn Kelly_____  )  Case Number: __3:22-cv-04671-EMC__

13  _____  )  **NOTICE OF VOLUNTARY DISMISSAL OF**

14             Plaintiff,       )  [check one]

15     vs.                      )  ☑ **THIS ENTIRE CASE**

16  ____City of Sausalito____   )  ☐ **ONLY DEFENDANT** [name]

17  _____  )  __Without Prejudice__

18  _____  )

19             Defendant.       )  Hon. __Edward Chen__

20  _____  )

21         TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this

22  matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

23     ☑ this entire case.

24     ☐ only Defendant [name] _____.

25     Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

26  Date: __Sept, 17, 2020__ Sign Name: __Robyn Kelly__

27                           Print Name: __Robyn Kelly__

28

NOTICE OF VOLUNTARY DISMISSAL
Case No. _____ [JDC TEMPLATE]

**Justice & Diversity**
C E N T E R
OF THE BAR ASSOCIATION OF SAN FRANCISCO

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT
*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve. \**

1. **Case Name:** Robyn Kelly                      v. City of Sausalito et al

2. **Case Number:** 3:22-cv-04671-EMC

3. **What documents were served?**

   **Notice of Voluntary Dismissal**

4. **How was the document served?** *[check one]*

   ☑ Placed in U.S. Mail

   ☐ Hand-delivered

   ☐ Sent for delivery (e.g., FedEx, UPS)

   ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   City of Sausalito clerks office     420 Litho street
   Sausalito  CA,  94965
   _____    _____
   _____    _____

6. **When were the documents sent?**  3pm    Sept 17th

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address.  You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *Robert Powelson*

   Name: Robert Powelson

   Address: 1001  Bridgeway  Sausalito
   94965

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*

Date:  September 22, 2022

GRANTED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®